1  DAVID K. TELLEKSON (Admitted Pro Hac Vice)
   dtellekson@fenwick.com
2  EWA M. DAVISON (Admitted Pro Hac Vice)
   edavison@fenwick.com
3  FENWICK & WEST LLP
   1191 Second Avenue, 10th Floor
4  Seattle, WA  98101
   Telephone:     206.389.4510
5  Facsimile:     206.389.4511

6  VIRGINIA K. DEMARCHI (CSB No. 168633)
   vdemarchi@fenwick.com
7  FENWICK & WEST LLP
   Silicon Valley Center
8  801 California Street
   Mountain View, CA  94041
9  Telephone:     650.988.8500
   Facsimile:     650.938.5200

10

11 Attorneys for Defendants
   NOVOZYMES A/S and
12 NOVOZYMES NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANISCO US INC., | Case No.: 12-CV-04502 RS |
|  | ORDER |
| Plaintiff, | **STIPULATED REQUEST FOR RELIEF FROM** |
| v. | **CASE MANAGEMENT SCHEDULE** |
|  | AS MODIFIED BY THE COURT |
| NOVOZYMES A/S and NOVOZYMES NORTH AMERICA, INC., | |
| Defendants. | Honorable Richard Seeborg |

Pursuant to Civil Local Rules 6-2 and 16-2(d), Plaintiff Danisco US Inc. ("Danisco") and Defendants Novozymes A/S and Novozymes North America, Inc. (collectively, "Novozymes") hereby submit this Stipulated Request for Relief from Case Management Schedule.  The parties respectfully request that the Court extend the date for the Case Management Conference and other case deadlines by 30 days.

Danisco and Novozymes are working diligently to finalize an agreement that will resolve this action. The parties expect to conclude these efforts within 30 days. To facilitate that effort and to avoid the unnecessary expenditure of both the parties' and the Court's resources, the parties seek to extend all current case deadlines by 30 days. Additionally, pursuant to Civil Local Rule 6-1(a), the parties further stipulate that Novozymes may respond to the complaint on or before September 12, 2014. The current and proposed deadlines are indicated in the chart below.

| Event | Current Date | *Proposed* Change |
|---|---|---|
| **Case Management Conference** | September 4, 2014 | ~~October 6, 2014~~<br>October 9, 2014 |
| **Deadline for parties to file Case Management Conference Statement** | August 28, 2014 | October 2, 2014<br>~~September 29, 2014~~<br>(or 7 days before rescheduled Case Management Conference) |
| **Deadline for parties to conduct Rule 26(f) conference** | August 14, 2014 | September 18, 2014<br>~~September 15, 2014~~<br>(or 21 days before rescheduled Case Management Conference) |
| Event | Current Date | *Stipulated* Change |
| **Deadline for Novozymes to respond to complaint** | August 22, 2014 | September 12, 2014 |

For the foregoing reasons and for the reasons explained in the declaration of Virginia K. DeMarchi, the parties respectfully request that the Court grant this motion and enter their [Proposed] Order Granting Stipulated Request for Relief from Case Management Schedule.

| | |
|---|---|
| Dated: August 14, 2014 | Respectfully submitted, |
| | FENWICK & WEST LLP |
| | |
| | By: *s/Virginia K. DeMarchi* |
| |     Virginia K. DeMarchi |
| | |
| | Attorneys for Defendants |
| | NOVOZYMES A/S and |
| | NOVOZYMES NORTH AMERICA, INC. |
| | |
| Dated: August 14, 2014 | GIBSON, DUNN & CRUTCHER LLP |
| | |
| | By: *s/Tracey B. Davies* |
| |     Tracey B. Davies, Admitted *Pro Hac Vice* |
| |     Michael A. Valek, Admitted *Pro Hac Vice* |
| |     H. Mark Lyon, CSB No. 162061 |
| | |
| | Attorneys for Plaintiff |
| | DANISCO US INC. |

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: August 14, 2014						FENWICK & WEST LLP

							By: *s/Virginia K. DeMarchi*
							       Virginia K. DeMarchi

							Attorneys for Defendants
							NOVOZYMES A/S and
							NOVOZYMES NORTH AMERICA, INC.

# [~~PROPOSED~~] ORDER

*PURSUANT TO STIPULATION, IT IS SO ORDERED.*

The Stipulated Request for Relief from Case Management Schedule is GRANTED. The Court shall issue a separate scheduling order consistent with the parties' stipulated request.

Dated this <u>15th</u> day of <u>August</u>, 2014.

_____
Honorable Richard G. Seeborg
United States District Court Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIPULATED REQUEST FOR RELIEF
FROM CASE MANAGEMENT SCHEDULE

5

Case No. C 12-04502 RS