UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANISCO US, INC,

Plaintiff,

v.

NOVOZYMES A/S, et al.,

Defendants.

Case No. 12-cv-04502-RS

**CASE MANAGEMENT SCHEDULING ORDER**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on October 9, 2014. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. DISCOVERY.

Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

2. DISCOVERY DISPUTES.

Discovery disputes will be referred to a Magistrate Judge. After the parties have met and conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute. Up to 12 pages of attachments may be added. The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings >Motions--General > Discovery Letter Brief." The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further

discovery matters shall be filed pursuant to that Judge's procedures.

3. FURTHER SCHEDULING. A tutorial shall be held on **April 24, 2015 at 10:00 a.m.** A joint hearing on claim construction and motions for summary judgment on written description shall be held on **May 1, 2015 at 9:30 a.m.** Both proceedings shall take place in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The case shall proceed through claim construction as follows:

| Date | Event |
| --- | --- |
| December 17, 2014 | Last day to serve Invalidity Contentions and comply with Patent L.R. 3-3 and 3-4 |
| January 7, 2015 | Last day for simultaneous exchange of proposed terms and claim elements for construction and comply with Patent L.R. 4-1 |
| January 21, 2015 | Last day for parties to exchange Proposed Claim Constructions and provide preliminary identification of extrinsic evidence and comply with Patent L.R. 4-2 |
| February 13, 2015 | Last day for parties to file Joint Claim Construction and Pre-hearing Statement and comply with Patent L.R. 4-3 |
| March 13, 2015 | Last day to take discovery relating to claim construction and comply with Patent L.R. 4-4 for all patents-in-suit |
| March 27, 2015 | Last day to file opening claim construction briefs and supporting evidence and comply with Patent L.R. 4-5(a); last day to file opening summary judgment briefs on written description |
| April 10, 2015 | Last day to file responsive claim construction briefs and supporting evidence and comply with Patent L.R. 4-5(b); last day to file responsive summary judgment briefs on written description |
| April 17, 2015 | Last day to file reply claim construction briefs and supporting evidence; last day to file reply summary judgment briefs on written description |
| **April 24, 2015 at 10:00 a.m.** | **Tutorial** |
| **May 1, 2015 at 9:30 a.m.** | **Hearing on Claim Construction and Summary Judgment on Written Description** |

**IT IS SO ORDERED**.

Dated: October 9, 2014

_____
RICHARD SEEBORG
United States District Judge