| | |
|---|---|
| Tracey B. Davies (*pro hac vice*) <br> tdavies@gibsondunn.com <br> Michael A. Valek (*pro hac vice*) <br> mvalek@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 2100 McKinney Avenue Suite 1100 <br> Dallas, TX 75201-6912 <br> Telephone: 214.698.3100 <br> Facsimile: 214.571.2900 | David K. Tellekson (*pro hac vice*) <br> dtellekson@fenwick.com <br> Ewa M. Davison (*pro hac vice*) <br> edavison@fenwick.com <br> FENWICK & WEST LLP <br> 1191 Second Avenue, 10th Floor <br> Seattle, WA 98101 <br> Telephone: 206.389.4510 <br> Facsimile: 206.389.4511 |
| H. Mark Lyon (CSB No. 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, CA 94304-1211 <br> Telephone: 650.849.5300 <br> Facsimile: 650.849.5333 | Virginia K. Demarchi (CSB No. 168633) <br> vdemarchi@fenwick.com <br> FENWICK & WEST LLP <br> Silicon Valley Center <br> 801 California Street <br> Mountain View, CA 94041 <br> Telephone: 650.988.8500 <br> Facsimile: 650.938.5200 |
| *Attorneys for Plaintiff* <br> Danisco US Inc. | *Attorneys for Defendants* <br> Novozymes A/S and <br> Novozymes North America, Inc. |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANISCO US INC.,** <br><br> **Plaintiff,** <br><br> v. <br><br> **NOVOZYMES A/S and NOVOZYMES, NORTH AMERICA, INC.** <br><br> **Defendants.** | Case No.  3:12-cv-04502-RS <br><br><br> [~~PROPOSED~~] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE |

Before the Court is the parties' Stipulation of Dismissal With Prejudice. Plaintiff Danisco US Inc. ("Danisco") and Defendants Novozymes A/S and Novozymes North America, Inc. (collectively, "Novozymes"), having reached a settlement of this dispute, stipulate and agree that the above-captioned case, including all claims, counterclaims, and affirmative defenses, shall be dismissed as to all parties with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party will bear its own respective costs and attorneys' fees associated with this action.

Having considered the papers submitted, the Court hereby DISMISSES WITH PREJUDICE the above-captioned case, including all claims, counterclaims, and affirmative defenses.

IT IS SO ORDERED.

SIGNED THIS  18th  day of  November , 2014.

_____
The Honorable Richard Seeborg
United States District Judge